# EXHIBIT "A"

# AMERICAN GENERAL FINANCIAL SERVICES

American General Finance, Inc.
P.O. Box 3251
Evansville, IN 47731-3251

**URGENT**

Attention:   Phillip Nerti (Director: H C Pharmacy Central, Inc.)

RE:   Employment Verification on:   Rebecca Ruane
      Social Security Number:

To Whom It May Concern:

We are faxing this letter with the intention of verifying employment in reference to the above individual.

We would appreciate your answers to the questions on the bottom of this letter and shall treat any information you supply us as strictly confidential.

Please fax this form back to me when completed at 812-475-4462.

Sincerely,

*Nathan L. Philipps*
American General Finance
1-800-599-2335 Ext. #4924

Date of Employment:   _____

Job Position:   _____ Full / Part-Time (Circle)

Approximate Wages:   _____ Salaried / Hourly (Circle)

Prospects for Continued Employment:   _____

Employer Address:   3175 E Carson St. Pittsburgh, PA 15203

Home Address:   522 Center St. East Pittsburgh, PA 15112

Signature of Person Verifying:   _____

✱ Any Current Garnishments:   _____

If this individual is still employed, please have them sign below before sending back.

Employee signature:   _____