IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| REBECCA RUANE | : |
| Plaintiff, | : CIVIL ACTION |
| v. | : No. 10-5328 |
| AMERICAN GENERAL FINANCIAL SERVICES, INC. a/k/a AMERICAN GENERAL FINANCE, INC. | : |
| Defendant. | : |

**DEFENDANT AMERICAN GENERAL FINANCIAL SERVICES, INC.'S MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(a)**

Defendant, American General Financial Services, Inc. ("AGFS"), hereby moves under 28 U.S.C. § 1404(a) for an order transferring venue of this action to the United States District Court for the Western District of Pennsylvania on the ground that the convenience of the witnesses and parties and the interests of justice require transfer of venue. A more particular statement of the grounds for this motion is set forth in AGFS's Memorandum In Support of Motion to Transfer Venue, filed herewith and incorporated herein by reference.

Respectfully submitted,

THORP REED & ARMSTRONG, LLP

Dated: March 4, 2011

By: */s/ Robert J. Hannen*
Robert J. Hannen
Pa. I.D. No. 63432
One Oxford Centre
301 Grant Street, 14th Floor
Pittsburgh, PA 15219
(412) 394-2470/(412) 394-2555(f)
rhannen@thorpreed.com
Attorneys for Defendant
American General Financial Services, Inc.

{01207207}

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| REBECCA RUANE | : |
| Plaintiff, | : CIVIL ACTION |
| v. | : No. 10-5328 |
| AMERICAN GENERAL FINANCIAL SERVICES, INC. a/k/a AMERICAN GENERAL FINANCE, INC. | : |
| Defendant. | : |

**CERTIFICATE OF SERVICE**

The undersigned counsel for American General Financial Services, Inc. hereby certifies that a true and correct copy of the foregoing American General Financial Services, Inc.'s Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a) was served upon the following parties, *via* the Court's electronic filing system, this 4th day of March, 2011:

Bruce K. Warren, Esq.
Brent F. Vullings, Esq.
WARREN & VULLINGS, LLP
1603 Rhawn Street
Philadelphia, PA 19111

Attorneys for Plaintiff

*/s/ Robert J. Hannen*
Robert J. Hannen

{01207207}