

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| REBECCA RUANE<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN GENERAL FINANCIAL SERVICES, INC. a/k/a AMERICAN GENERAL FINANCE, INC.<br><br>Defendant. | CIVIL ACTION<br><br>No. 10-5328 |

**FILED**
APR 20 2011
MICHAEL E. ~~~~, Clerk
By_____ Dep. Clerk

## ORDER

AND NOW, this 19th day of April, 2011, IT IS HEREBY ORDERED that Defendant American General Financial Services, Inc.'s Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(A) is GRANTED and that this matter shall be transferred to the United States District Court for the Western District of Pennsylvania.

_____

{01216078}